# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**Case Number:** *13-m-635*

A USPS Express Mail parcel with tracking number
EI813724557US addressed to "Steven Noak, PO Box
#72, Embarrass WI 54933" and containing the return
address "KJ, 3535 Deep Canyon, BH Ca. 90210"

TO: Any authorized officer of the United States:



USDC EDWI
FILED IN GREEN BAY DIV

JUN - 7 2013

AT_____ O'CLOCK_____M
JON W. SANFILIPPO

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**
    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**A USPS Express Mail parcel with tracking number EI813724557US addressed to "Steven Noak, PO Box #72, Embarrass WI 54933" and containing the return address "KJ, 3535 Deep Canyon, BH Ca. 90210"**

    The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

    I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

    **YOU ARE HEREBY COMMANDED** to search on or before _____June 8_____, 2013
                                                          *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night as I find reasonable
                                                                    cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued ___June 6___, 2013; _12:3__ a.m./p.m.

Judge's signature

City and state: <u>Green Bay, Wisconsin</u>

<u>THE HONORABLE WILLIAM C GRIESBACH</u>
<u>United States District Court Chief Judge</u>
*Name & Title of Judicial Officer*

## RETURN

| Case No.<br>13-M-635 | Date and time Warrant executed<br>June 5, 2013 at 1:40 PM | Copy of warrant and inventory left with:<br>USPS |
|---|---|---|

Inventory made in the presence of
SA Brian Liethen, WI DCI

Inventory of person or property taken and name of any person(s) seized:

Express Mail parcel EI813724557US contained two cardboard boxes. The larger of the two boxes held a white plastic 2 gallon bucket inside of which was a bundle of green leafy material sealed in vacuum sealed bags. The bundle weighed approximately 464 grams and the green leafy material tested positive for the presence of THC using the Duquenois-Levine field test kit. The other box contained a hardcover book titled, "Carter Beats the Devil." Some of the pages in the middle of this book had been cut out to serve as a compartment.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/07/13

(Executing officer's signature)

Subscribed, sworn to, and returned before me this date.

MATT SCHMITZ, U.S. POSTAL INSPECTOR
(Printed name and title)

6/7/13
(Date)

(U.S.. Judge or Magistrate Judge)